IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALTON PERKINS-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-cv-00310 |
| | ) | |
| HOUSING AUTHORITY OF ST. LOUIS COUNTY, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

## TEMPORARY RESTRAINING ORDER

The parties appear by counsel upon Plaintiff's Motion for Temporary Restraining Order. Upon the annexed declaration of Plaintiff Alton Perkins-Bey, Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the Complaint, and oral argument, the Court finds that there is a likelihood of success on the merits of Plaintiff's claim that his Section 8 Voucher assistance has been wrongfully terminated and he will be irreparably harmed absent a temporary restraining order.

It is hereby ORDERED, therefore, that pursuant to Fed. R. Civ. P. 65, the Defendants HASLC and Susan Rollins are temporarily restrained and enjoined from terminating Plaintiff's Section 8 Voucher assistance pending the hearing and determination of Plaintiff's Motion for Preliminary Injunction.

It is further ORDERED that Defendants HASLC and Susan Rollins shall immediately take all steps necessary to make rental assistance payments to Plaintiff's

landlord retroactively to the date of Section 8 termination, i.e., November 30, 2010, as well as any payments that accrue prior to March 11, 2011.

The hearing of Plaintiff's Motion for Preliminary Injunction shall be heard on March 11, 2011, at 11:00 a.m.

Opening briefs in support of, or in opposition to, Plaintiff's Motion shall be filed no later than March 4, 2011, and responsive briefs, if desired, shall be filed no later than March 8, 2011.

Security in the amount of $100 will be posted by 4:30 p.m. on February 24, 2011.

Dated: 2/24/11

SO ORDERED:

/s/ Jean C. Hamilton
The Honorable Jean C. Hamilton
United States District Court Judge
Eastern District of Missouri