UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ALTON PERKINS-BEY, )
)
    Plaintiff(s), )
)
vs. ) Case No. 4:11CV310 JCH
)
HOUSING AUTHORITY OF ST. LOUIS )
COUNTY, et al., )
)
    Defendant(s). )

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Attorneys' Fees and Costs, filed April 19, 2011. (Doc. No. 21). In his motion, Plaintiff requests $9,760.00 in attorneys' fees, and $350.00 for costs incurred. Upon consideration, the Court will grant Plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorneys' Fees and Costs (Doc. No. 21) is **GRANTED**, and Plaintiff is awarded $9,760.00 for attorneys' fees and $350.00 for costs incurred.

Dated this 9th day of May, 2011.

                                                /s/ Jean C. Hamilton
                                                UNITED STATES DISTRICT JUDGE